HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAURO AGUILAR CANCHE,

Defendant.

Case No. CR06-5351 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion in Limine Re: Pending Nebraska Charges [Dkt. #186] and Motion to Join Co-Defendants' Motions [Dkt. #187].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant seeks to exclude evidence regarding his pending federal charges in Nebraska. The government argues that the Nebraska charges are "inextricably intertwined" with the charges he faces in this district or are admissible under Fed. R. Evid. 404(b). The current trial date is June 5, 2007. The Court, if necessary, will hear brief argument on this issue at trial either before a jury is selected or after jury selection but prior to the government's opening statement. The Clerk shall re-note this motion [Dkt. #186] for June 5, 2007.

Defendant also seeks to join co-defendants' motions. Because all the other defendants have entered guilty pleas, except Gallo-Martinez who has never been arrested and is currently a fugitive, there are no pending motions of the co-defendants. As such, this motion [Dkt. #187] is **DENIED**. If there is a motion that

ORDER
Page - 1

1 was filed by a co-defendant that the Court did not earlier rule on substantively that defendant Laura Aguilar
2 Canche wishes to adopt as his own, he shall file a new motion specifically joining in that co-defendant's motion
3 on or before May 14, 2007.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 9th day of May, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2